IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HAYWOOD MACK ROSS, | § | |
| Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. H-11-1087 |
| FIFTH THIRD BANK, | § § § | |
| Defendant. | § § | |

**FINAL JUDGMENT**

In accordance with the court's Memorandum and Opinion of this date, this case is dismissed, with prejudice. This is a final judgment.

SIGNED on September 23, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge